UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTURO PERALES JR,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:25-cv-03768-DAD-JDP

ORDER REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT PURSUANT TO THE PARTIES' STIPULATION

(Doc. Nos. 12, 14)

On June 24, 2026, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 14 at 1–2.) The parties agree that on remand, the commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing, and issue a new decision. (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

The Clerk of the Court is directed to ENTER final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

/////

In addition, plaintiff's pending motion for summary judgment (Doc. No. 12) is DENIED as having been rendered moot by this order.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE